UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE AREVALO,

                           Plaintiff,

     -against-

VAN WORMER, et al.,

                           Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 1/26/2026____ |

No. 24-cv-9802 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

Plaintiff Jorge Arevalo ("Plaintiff") brings this action against Defendants Kirk Van Wormer, Techtronic Industries Co., Ltd., Techtronic Industries North America, Inc., Emerson Electric Co., One World Technologies, Inc., Ryobi Technologies, Inc., Home Depot U.S.A., Inc., and Ridgid, Inc. (collectively, the "Defendants") asserting several causes of action, including (1) negligence, (2) strict liability, (3) breach of warranty, and (4) violations of the NY Labor Law. (ECF No. 1.)

This action was initially filed in the Supreme Court of the State of New York, County of Westchester, on September 9, 2024. (*Id*.)  At that time, it appeared that Plaintiff was represented by counsel. (*Id*.)  On December 19, 2024, Defendant Home Depot U.S.A., Inc. removed the case to federal court. (*Id*.)  Beginning on April 11, 2025, the Court directed the parties to submit a joint Case Management Plan ("CMP") so that this action could proceed to discovery.  (ECF No. 25.) The Court has issued this directive multiple times.  (*See* ECF Nos. 28, 32, 34, 43, 47, 52.)  The Court has also instructed Plaintiff's counsel—who never appeared on the record—to file a Notice of Appearance on several occasions.  (*See* ECF Nos. 28, 32, 34, 39.)

On November 14, 2025, Defendants submitted a letter requesting a conference to assist with preparing a joint CMP, noting that Plaintiff is now proceeding *pro se*. (ECF No. 51.) In response, the Court scheduled a status conference for December 11, 2025, and referred the now-*pro se* Plaintiff to the Federal *Pro Se* Legal Assistance Project run by the City Bar Justice Center, which provides free, limited-scope legal services to self-represented litigants with civil cases in the Southern District of New York. (ECF No. 52.) As of the date of this Order, Plaintiff has neither retained new counsel nor appeared *pro se* in this action.

The Court held the scheduled status conference on December 11, 2025, at which only Defendants appeared. The Court thereby issued an order to show cause, directing Plaintiff to respond by January 16, 2026, and warning that failure to comply would result in dismissal of the case for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 56.) Defendants also mailed a copy of the Court's order on December 16, 2025. (ECF No. 57.) Plaintiff, however, did not respond.

As a result of Plaintiff's continued absence, Defendants move to dismiss this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. "Dismissal for want of prosecution is a matter committed to the discretion of the trial judge." *Peart v. City of New York*, 992 F.2d 458, 461 (2d Cir. 1993) (internal quotation marks omitted). This discretion, however, "is conditioned by certain minimal requirements." *Id.* (internal quotation marks omitted). In particular, the Court should consider:

> (1) the duration of plaintiff's failures; (2) whether plaintiff had received notice that further delays would result in dismissal; (3) whether defendant is likely to be prejudiced by further delay; (4) whether the district judge has carefully balanced the need to alleviate court calendar congestion and a party's right to due process; and (5) whether the court has assessed the efficacy of lesser sanctions.

*Id.* (internal quotation marks omitted).

Given that Plaintiff has failed to respond to the Court's order to show cause by January 16, 2026, it is ORDERED that this action is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of Court is kindly directed to terminate this action, and to mail a copy of this Order to *pro se* Plaintiff at his address listed on ECF and to show service on the docket.

SO ORDERED,

Dated: January 26, 2026
        White Plains, NY

_____
NELSON S. ROMÁN
United States District Judge

3